JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY ALFRED GILL III, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KATMAI GOVERNMENT SERVICES, LLC, a limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No. 2:24-cv-09771-JLS-KS<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendant Katmai Government Services LLC's Motion for Summary Judgment (Doc. 43), judgment shall be entered as follows:

IT IS ORDERED, ADJUDGED, AND DECREED that all claims and requests for damages in this matter against Defendant that were resolved by summary judgment are dismissed with prejudice and all claims that were dismissed by stipulation of the parties are and remain dismissed without prejudice, and final judgment is entered in favor of Defendant and against Plaintiff Henry Gill. Plaintiff shall take nothing by this action. Defendant may seek to recover its costs pursuant to Fed. R. Civ. P. 54(d) and applicable law.

Dated: August 28, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE